|  |  |
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Darion Payne on Sep 23, 2010<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Sep 08, 2010<br><br>FILED<br>CLERK'S OFFICE |

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION                MDL No. 1964

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL    (SEE ATTACHED SCHEDULE)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _Paul A Braun_   **CONDITIONAL TRANSFER ORDER (CTO-48)**
        DEPUTY CLERK

On August 22, 2008, the Panel transferred eight civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 448 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

|  |  |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Sep 23, 2010**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>_Jeffery N. Lüthi_<br>Jeffery N. Lüthi<br>Clerk of the Panel |

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION                MDL No. 1964

### SCHEDULE CTO-48 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 3 10-630 | Annetta Pitts v. Organon USA, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 10-4632 | Erica Harris v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ 2 10-720 | Sara Osborn v. Organon, Inc., et al. |
| NJ 2 10-3702 | Christine McLeod v. Organon USA, Inc., et al. |
| **OREGON** | |
| OR 6 10-6189 | Heath Howington, etc. v. Organon USA, Inc., et al. |